No. 8,258.   STATE EX REL. P. H. McCONNELL, RELATOR, *v.*
DISTRICT COURT ET AL., RESPONDENTS.

Decided September 29, 1941.

PER CURIAM.—The petition for an alternative writ is hereby denied, it appearing to the court that petitioner's objections to the trial court's action relative to the allowance and amendment of the bill of exceptions can be preserved and presented to this court in the transcript of appeal.

*Mr. George E. Hurd* and *Mr. Emmett C. Angland,* for Relator.